KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6962
E-mail: david.mcnees@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
'08 APR -8 PM 2:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 1999 FORD F-250 TRUCK,<br>CA LICENSE NO. 7L21211,<br>VIN 1FTNW21F3XEC70016,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 2000 JEEP CHEROKEE,<br>CA LICENSE NO. 5NGU289,<br>VIN 1J4GW48S7YC221447,<br>ITS TOOLS AND APPURTENANCES,<br><br>Defendants. | Civil No. '08 CV 0635JLS JMA<br><br>EX PARTE MOTION TO APPOINT THE U.S. MARSHAL AS CUSTODIAN |

COMES NOW the plaintiff, United States of America, and moves this Court for an exception to General Order 273 issued by this Court, that is, for an order appointing the United States Marshal as custodian of the defendant vehicle upon execution of the warrant of arrest in rem. In support of this motion, plaintiff states as follows:

1. The United States Marshals Service has been staffed with personnel experienced in providing for the management of properties such as the defendant vehicles in this case.

2. The United States Marshal has consented to assume responsibility for the protection and safety of the defendant vehicles during the period the same remain in custodia legis.

//

3. The continued custody of the United States Marshal following execution of the warrant of arrest in rem is necessary and in the best interests of the plaintiff in this case.

4. It is further requested that all reasonable expenditures incurred by the United States Marshal be a first charge against the defendant vehicles.

WHEREFORE, plaintiff respectfully requests that an exception to General Order No. 273 be permitted in this case and that this motion be granted.

DATED: April 8, 2008

KAREN P. HEWITT
United States Attorney

David McNees

DAVID M. McNEES
Special Assistant U.S. Attorney