RICHARD M. BARNETT, Esq.
Attorney at Law
#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182

Attorney for Claimant
SETH VENSKUS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE 1999 FORD F-250 TRUCK<br>CA LICENSE NO. 7L21211,<br>VIN 1FTNW21F321F3XEC70016,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 2000 JEEP CHEROKEE<br>CA LICENSE NO. 5NGU289<br>VIN 1J4GW48S7YC221447<br>ITS TOOLS AND APPURTENANCES,<br>Defendants. | Case No. 08-CV-0635-JLS(JMA)<br><br>**CLAIM OF SETH VENSKUS** |

Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, I, SETH VENSKUS, hereby demand the return and restitution of the defendant vehicles, and claim the right to defend this action as an owner of the seized vehicles.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 11 day of April, 2008, at San Diego, CA.

[signature]
SETH VENSKUS Claimant

# CERTIFICATE OF SERVICE

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on April 11, 2008, I have caused service of Claim of Seth Venskus on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of April, 2008, at San Diego, California.

s/ Richard M. Barnett
RICHARD M. BARNETT