RICHARD M. BARNETT, Esq.
Attorney at Law
#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (6l9) 231-1182

Attorney for Claimant
SETH VENSKUS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE 1999 FORD F-250 TRUCK<br>CA LICENSE NO. 7L21211,<br>VIN 1FTNW21F321F3XEC70016,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 2000 JEEP CHEROKEE<br>CA LICENSE NO. 5NGU289<br>VIN 1J4GW48S7YC221447<br>ITS TOOLS AND APPURTENANCES,<br>Defendants. | Case No. 08-CV-0635-JLS(JMA)<br><br>**ANSWER TO COMPLAINT FOR FORFEITURE AND DEMAND FOR JURY TRIAL** |

COMES NOW the Claimant, SETH VENSKUS, and in answer to Plaintiff's Complaint for Forfeiture, hereby responds, alleges, and otherwise pleads as follows:

1. Claimant denies each and every allegation set forth in Paragraph 1. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

2. Claimant denies each and every allegation set forth in Paragraph 2. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

3. Answering Paragraph 3. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the

disjunctive.

**Count 1**

**ONE 1999 FORD F-250 TRUCK**

4. Answering Paragraph 4. of the Complaint, Claimant hereby incorporates his responses to Paragraphs 1-3 herein as if fully repeated herein.

5. Claimant denies each and every allegation set forth in Paragraph 5. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive

6. Claimant denies each and every allegation set forth in Paragraph 6. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

7. Claimant denies each and every allegation set forth in Paragraph 7. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

8. Claimant denies each and every allegation set forth in Paragraph 8. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

9. Answering Paragraph 9. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

10. Answering Paragraph 10. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

**Count 2**

**ONE 2000 JEEP CHEROKEE**

11. Answering Paragraph 11. of the Complaint, Claimant hereby incorporates his responses to Paragraphs 1-3 herein as if fully repeated herein.

12. Claimant denies each and every allegation set forth in Paragraph 12. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

13. Claimant denies each and every allegation set forth in Paragraph 13. of the

Complaint for Forfeiture in the conjunctive as well as the disjunctive.

14. Claimant denies each and every allegation set forth in Paragraph 14. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

15. Answering Paragraph 15. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

16. Answering Paragraph 16. of the Complaint, Claimant has no information or belief sufficient to enable him to answer the allegations contained therein, and basing his denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

## AFFIRMATIVE DEFENSE(S)

### FIRST AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges the subject Complaint as pled fails to state facts sufficient to constitute a cause of action against the defendant properties.

### SECOND AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges plaintiff lacked probable cause for the institution of the forfeiture action.

### THIRD AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges that the forfeiture in this case is disproportionate, and is a violation of the Eighth Amendment to the United States Constitution.

### FOURTH AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges that the searches which led to the seizure of the defendant vehicles violated the Fourth Amendment to the United States Constitution.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and general federal law,

Claimant demands a trial by jury in connection with the subject action.

WHEREFORE, claimant prays for judgment as follows:

1. That the Complaint be dismissed with prejudice;
2. That the subject properties be returned to Claimant;
3. For reasonable attorney's fees herein and costs of suit; and
4. For such other and further relief as the Court may deem just.

DATED: April 11, 2008

/s/ Richard M. Barnett
RICHARD M. BARNETT, ESQ.
rmb-atty@pacbell.net

Attorney for Claimant
SETH VENSKUS

**CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on April 11, 2008, I have caused service of Answer to Complaint for Forfeiture on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of April, 2008, at San Diego, California.

/s/ Richard M. Barnett
RICHARD M. BARNETT