FILED

08 APR 11 AM 10: 29

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 1999 FORD F-250 TRUCK,<br>CA LICENSE NO. 7L21211,<br>VIN 1FTNW21F3XEC70016,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 2000 JEEP CHEROKEE,<br>CA LICENSE NO. 5NGU289,<br>VIN 1J4GW48S7YC221447,<br>ITS TOOLS AND APPURTENANCES,<br><br>Defendants. | Civil No. '08 CV 0635 JLS JMA<br><br>ORDER APPOINTING U.S. MARSHAL AS CUSTODIAN |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal for the Southern District of California has consented to assume responsibility for the custody and maintenance of the defendant vehicles during the time they remain in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant vehicles, the United States Marshal for the Southern District of California shall be custodian of the defendant vehicles on behalf of this Court until further order.

///

///

IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshals Service be a first charge against the defendant vehicles.

DATED: 4/9/08

James L. Sammartino
UNITED STATES DISTRICT JUDGE