UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 1999 FORD F-250 TRUCK, CA LICENSE NO. 7L21211, VIN 1FTNW21F3XEC70016, ITS TOOLS AND APPURTENANCES, et al.,<br><br>Defendants. | Case No. 08-CV-0635-JLS (JMA)<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |

Due to a conflict on the Court's calendar, **IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference scheduled for June 5, 2008 at 10:00 a.m. is rescheduled for **June 10, 2008** at **10:00 a.m.** in the chambers of the Honorable Jan M. Adler, United States Magistrate Judge, Room 1165, U.S. Courthouse, 940 Front Street, San Diego, California.

**IT IS SO ORDERED.**

DATED: May 5, 2008

Jan M. Adler
U.S. Magistrate Judge