UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE 1999 FORD F-250 TRUCK, CA LICENSE NO. 7L21211, VIN 1FTNW21F3XEC70016, ITS TOOLS AND APPURTENANCES, et al.,<br>Defendants. | Case No. 08-CV-0635-JLS (JMA)<br>**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

The Court convened an Early Neutral Evaluation Conference on June 10, 2008 at 10:00 a.m.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **July 1, 2008** at **11:00 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: June 10, 2008

Jan M. Adler
U.S. Magistrate Judge