UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE 1999 FORD F-250 TRUCK, CA LICENSE NO. 7L21211, VIN 1FTNW21F3XEC70016, ITS TOOLS AND APPURTENANCES, et al.,<br>Defendants. | Case No. 08-CV-0635-JLS (JMA)<br>**ORDER REGARDING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |

The Court convened a telephonic Case Management Conference on July 1, 2008 at 11:00 a.m. Counsel advised that the case has been resolved. The attorneys shall appear for a telephonic Settlement Disposition Conference on **August 5, 2008** at **3:30 p.m.** before Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1] If a joint motion for dismissal and

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler at least one court day before the date indicated above to explain the reasons therefor. Failure to comply with this order may be cause for the imposition of monetary sanctions.

**IT IS SO ORDERED.**

DATED: July 1, 2008

Jan M. Adler
U.S. Magistrate Judge