UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ONE 1999 FORD F-250 TRUCK, CA LICENSE NO. 7L21211, VIN 1FTNW21F3XEC70016, ITS TOOLS AND APPURTENANCES,<br>ONE 2000 JEEP CHEROKEE, CA LICENSE NO. 5NGU289, VIN 1J4GW48S7YC221447, ITS TOOLS AND APPURTENANCES,<br>Defendants. | Civil No. 08cv00635-JLS(JMA)<br>JUDGMENT OF FORFEITURE |

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1. The parties, the United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and David M. McNees, Special Assistant U.S. Attorney, and the claimants, Seth Paul Venskus and Johanna Sullivan ("Claimants"), and their attorney of record, Richard M. Barnett, have entered into this joint motion in order to resolve the matter of the seizure and forfeiture of the above-referenced defendants,

//

ONE 1999 FORD F-250 TRUCK, CA LICENSE NO. 7L21211,
VIN 1FTNW21F3XEC70016, ITS TOOLS AND APPURTENANCES, and

ONE 2000 JEEP CHEROKEE, CA LICENSE NO. 5NGU289,
VIN 1J4GW48S7YC221447, ITS TOOLS AND APPURTENANCES,

("defendant vehicles").

2. The Claimants shall provide: (1) $1,500.00 in U.S. Currency and (2) One 1999 Ford F-250 Truck to be condemned to the United States pursuant to Title 21, United States Code, Section 881. The United States has agreed to the return of One 2000 Jeep Cherokee to Claimants through their attorney of record, Richard M. Barnett.

3. Costs incurred by the United States incident to the seizure and custody of the defendant vehicles shall be borne by the United States.

4. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465. Claimants have agreed that by entering into this joint motion, they have not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. Each party shall bear its own costs and expenses, including attorney fees.

5. Claimants warrant and represent as a material fact that they are the sole owners of the defendant vehicles and further warrants that no other person or entity has any right, except for lien holder Capital One Auto Finance, and that they will defend and indemnify the United States against any and all claims made against it, with the exception of a claim by Capital One Auto Finance, on account of the seizure and forfeiture of the defendant vehicles.

6. The Claimants, their agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendant vehicles.

//

//

7. Following forfeiture of the United States' portion and distribution of the Claimants' portion of the defendant vehicles as described above, this case shall be closed.

Let judgment be entered accordingly.

IT IS SO ORDERED.

DATED: July 24, 2008

Janis L. Sammartino

Honorable Janis L. Sammartino
United States District Judge