U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| | |
|---|---|
| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>08cv0635-JLS(JMA) |
| DEFENDANT<br>**ONE 1999 FORD F-250 TRUCK, ET AL.** | TYPE OF PROCESS<br>DISPOSITION |

FILED
2008 AUG -7 AM 9:17
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DRUG ENFORCEMENT ADMINISTRATION

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)
4560 VIEWRIDGE AVENUE, SAN DIEGO, CALIFORNIA 92123-1637

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID M. McNEES, Special Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All* Telephone Numbers, and Estimated Times Available For Service)

**DEA Case No. R2-07-0398; CATS IDs 08-DEA-492860, 493018**

Attached are four copies of the Order for Judgment of Forfeiture, along with four copies of the Joint Motion. Please distribute the defendants according to the terms of the Order and according to law. Claimants Seth Paul Venskus and Johanna Sullivan shall provide $1,500.00 in U.S. currency and the 1999 Ford F-250 Truck, and Claimants' shall receive the 2000 Jeep Cherokee through their attorney of record, Richard M. Barnett, 105 West F Street, San Diego, CA 92101, (619) 231-1182.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| David M. McNees/TLR DAVID M. McNEES [SAUSA] | ☒ PLAINTIFF ☐ DEFENDANT | (619) 557-5125 | 7/25/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | No. 1 | No. 98 | No. 98 | [signature] | 8/4/08 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (*If not shown above*).
Michael Tourney

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

| Date of Service | Time |
|---|---|
| 08/04/08 | 3:40 pm |

Signature of U.S. Marshal or Deputy
[signature] #3800

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

2008 JUL 31 A 9:48
RECEIVED

PRIOR EDITIONS MAY BE USED

*SEND ORIGINAL + 2 COPIES to USMS.*

**FORM USM 285 (Rev. 12/15/80)**

*1. CLERK OF COURT 2. USMS Record 3. Notice of Service 4. Billing Statement 5. Acknowledgment of Receipt*